# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Jerry Thomas Suratt,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:06cv76

M.L. Paysour,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/3/09 Order.

Signed: February 3, 2009

Frank G. Johns, Clerk
United States District Court